1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOHN SMITH,

               Plaintiff,

      vs.

JANE DOE et al.,

               Defendants.

Case No.: 2:23-cv-05033-WLH-RAO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO SEAL DOCUMENTS [22]**

In accordance with the Order Regarding Motion to Proceed Under Pseudonym And For Protective Order, (Docket No. 14), and after consideration of Plaintiff's Application to Seal Documents ("the Application"), and the Declaration of Samantha J. Aceves in support of Plaintiff's Application to Seal Documents, (Docket No. 22), the Court hereby GRANTS the Application.

Accordingly, the Court **ORDERS** that:

1.      The documents filed as ECF Docket No. 21 be sealed;

2.      Plaintiff is directed to file Exhibit A to the Aceves Declaration, (Docket No. 22-1 at Exh. A), which represents the redacted version of Docket No. 21.

**IT IS SO ORDERED.**

Dated:  November 15, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFF'S APPLICATION TO SEAL DOCUMENTS**