1  Alexander M. Kargher, SBN 259262
   *akargher@sinclairbraun.com*
2  Andrew H. Steinberg, SBN
   *asteinberg@sinclairbraun.com*
3  Samantha J. Aceves, SBN 339969
   *saceves@sinclairbraun.com*
4  SINCLAIR BRAUN KARGHER LLP
   15260 Ventura Blvd., Suite 715
5  Sherman Oaks, California 91403
   Telephone:  (213) 429-6100
6  Facsimile:  (213) 429-6101

7  Attorneys for Plaintiff
   JOHN SMITH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORIA

| JOHN SMITH, | Case No.: 2:23-cv-05033-WLH-RAO |
|---|---|
| Plaintiff, | **DECLARATION OF ANDREW H. STEINBERG, ESQ. RE CASE STATUS** |
| vs. | |
| JANE DOE et al., | [Honorable Wesley L. Hsu] |
| Defendants. | |



**DECLARATION OF ANDREW H. STEINBERG, ESQ. RE CASE STATUS**

# DECLARATION OF ANDREW H. STEINBERG, ESQ.

I, Andrew H. Steinberg, declare and state as follows:

1. I am an attorney duly licensed to practice before all courts in the State of California and am a partner of the law firm Sinclair Braun Kargher LLP, counsel of record for Plaintiff John Smith ("Plaintiff"). I am sufficiently familiar with facts set forth herein to testify competently if required.

2. I am submitting this declaration to provide the court with a status update regarding this matter.

3. On November 20, 2023, Defendant Jane Doe ("Defendant") filed an Answer to the operative complaint and included crossclaims against Plaintiff. [ECF 24]. Plaintiff was provided a sealed copy of Defendant's responsive pleadings on November 29, 2023 by the Court.

4. My office, on behalf of Plaintiff, invited Defendant to meet-and-confer regarding deficiencies in Defendant's responsive pleadings in advance of filing a motion to dismiss.

5. Defendant informed us that Defendant was unavailable to meet and confer about those deficiencies and any motion to dismiss until January 10, 2024, at the earliest.

6. I provided Defendant with a draft stipulation providing an extension of time for Plaintiff to respond to Defendant's crossclaims.

7. On or about December 19, 2023, Defendant confirmed receipt of the draft stipulation, and indicated that they were reviewing it with new counsel. We have asked that Defendant provide contact information for Defendant's new counsel but have not received that information yet.

8. Defendant also advised that they filed a corrected responsive pleading on or about December 15, 2023.

9. I reviewed the docket for this matter on December 20, 2023 and do not see any reference to Defendant's recent filing of corrected responsive pleadings.



10. My office will continue to work diligently to complete a good faith meet-and-confer process regarding this matter and Defendant's responsive pleadings prior to filing Plaintiff's response to the same.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of December 2023 at Los Angeles, California.

By: _/s/-Andrew H. Steinberg_
ANDREW H. STEINBERG
Attorneys for Plaintiff
JOHN SMITH

**DECLARATION OF ANDREW H. STEINBERG, ESQ. RE CASE STATUS**