JANE DOE
Address: On Record
Phone Number: On Record

Jane Doe, DEFENDANT IN PRO PER

FILED

CLERK, U.S. DISTRICT COURT

9/20/24

CENTRAL DISTRICT OF CALIFORNIA

BY_____MRV_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH,<br><br>       Plaintiff,<br><br>vs.<br><br>JANE DOE,<br><br>       Defendant | Civil Action No.: 2:23-cv-05033<br><br>EX PARTE APPLICATION FOR MOTION TO QUASH PLAINTIFF'S SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION; DECLARATION IN SUPPORT OF EX PARTE APPLICATION; (PROPOSED) ORDER GRANTING EX PARTE APPLICATION |

TO THE HONORABLE COURT:

I, JANE DOE, the Defendant in this case, hereby apply to the Court Ex Parte for an urgent request to quash the subpoena for document production and inspection that were served on the following parties on:

1. Google, LLC c/o Corporation Services Co., 2710 Gateway Oaks Dr., Ste150N

    Sacramento, CA 95833

    a. Pertaining to the specific email: **veidavanwyk1@gmail.com**

I contacted the opposing counsel for a Meet and Confer to try to settle this matter and was not able to come to an agreement and I informed them of this Ex Parte request. See my declaration

2. This Ex Parte application is based upon Memorandum of Points and Authorities and

1    Declaration in Support, the complete files and records in this action, and upon such oral and

2    documentary evidence as may be allowed at the hearing of this motion.

3

4

DATED: September 20, 2024

5

6                                                              Jane Doe
                                                               Defendant, In Pro Per

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28