UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 23-5033 WLH (RAOx) | Date: | August 8, 2025 |
| Title: | John Smith v. Jane Doe et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER RE: REQUEST FOR INFORMAL DISCOVERY CONFERENCE**

The Court is in receipt of a request for an informal discovery conference ("IDC"). The Court has reviewed the request and the summaries of the parties' positions. At this time, the Court declines to hold an IDC. Plaintiff requests an order compelling further responses to certain requests for production of documents and contends that crucial questions need to be answered about why certain documents do not exist. In response, Defendant states that she has never been in possession of such documents.

As to the requested explanation for why certain documents do not exist, it appears that taking Defendant's deposition would be a more efficient way to ask the questions posed by Plaintiff. To the extent Plaintiff has already taken Defendant's deposition, the Court grants Plaintiff an additional half-day deposition to ask questions regarding the search for and alleged spoliation of documents. If any issues arise with respect to the deposition, the parties may seek relief through an IDC by submitting another request for IDC form. However, the Court will require any spoliation motion to be brought as a noticed motion rather than through the IDC procedures.

**The Clerk is directed to email a copy of this order in response to the parties' email requesting an IDC.**

IT IS SO ORDERED.

: 
Initials of Preparer    er