Alexander M. Kargher, SBN 259262
  *akargher@sinclairbraun.com*
Lara M. Kruska, SBN 271979
  *lkruska@sinclairbraun.com*
Samantha J. Aceves, SBN 339969
  *saceves@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Plaintiff
JOHN SMITH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH,<br><br>        Plaintiff,<br><br>     vs.<br><br>JANE DOE, et al.,<br><br>        Defendants. | Case No.: 2:23-cv-05033-WLH-RAO<br><br>**EX PARTE APPLICATION TO SEAL ECF #102-1 PURSUANT TO AUGUST 23, 2023 COURT ORDER REGARDING MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER [ECF # 14]**<br><br>*[Filed concurrently with Declaration of Samantha J. Aceves and Proposed Order]* |

## <u>EX PARTE APPLICATION</u>

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-19, Plaintiff John Smith ("Plaintiff"), will, and hereby does, move *ex parte* for an order to seal the document filed as ECF # 102-1 pursuant to the Order Regarding Motion to Proceed Using Pseudonym and Protective Order (ECF # 14) and Local Rule 79-5.2.2.

On March 26, 2026, a document was filed publicly, ECF Docket No. 102-1, that was missing redactions. This was an inadvertent clerical error. On March 27, 2026, Plaintiff provided notice of that error to the Court and the parties. (Declaration of Samantha Aceves ("Aceves Decl."), ¶ 4.) On March 27, 2026, Plaintiff filed a Notice of Errata with the corrected version of the document, which is the document filed as ECF # 103. (*Id.* at ¶ 5.)

Here, good cause exists to grant the requested relief on an *ex parte* basis, rather than a noticed motion pursuant to Local Rule 7-5, because the unredacted information can be retrieved by any member of the public to identify the parties involved in this matter at any moment, thereby frustrating the entire purpose of this Court's August 23, 2023 order. As such, there is true exigency in this request.

This Application is based on the accompanying Memorandum of Points and Authorities, the Declaration of Samantha J. Aceves, all documents on file herein or which are judicially noticeable, and on such other and further oral and documentary evidence as may be presented at the hearing on this matter.

Dated: March 31, 2026     SINCLAIR BRAUN KARGHER LLP

By:  */s/-Lara Kruska*
LARA M. KRUSKA
Attorneys for Plaintiff
JOHN SMITH

**EX PARTE APPLICATION TO SEAL ECF #102-1 PURSUANT TO AUGUST 23, 2023 COURT ORDER**

SINCLAIR
BRAUN
KARGHER LLP

## **STATEMENT OF COMPLIANCE WITH LOCAL RULE 7-19**

Pursuant to Local Rule 7-19, on March 31, 2026, at approximately 8:00 p.m. Plaintiff gave notice of the Application to defendants Jane Doe and B.F. by sending a copy of this Application to the defendants' respective known email address. (Aceves Decl. ¶ 2, Ex. 1.) No response was received as of the time of this filing.

Dated: March 31, 2026                    SINCLAIR BRAUN KARGHER LLP


By: */s/-Lara M. Kruska*
LARA M. KRUSKA
Attorneys for Plaintiff
JOHN SMITH

**EX PARTE APPLICATION TO SEAL ECF # 102-1 PURSUANT TO AUGUST 23, 2023 ORDER**

SINCLAIR BRAUN KARGHER LLP

## MEMORANDUM OF POINTS AND AUTHORITIES

On August 23, 2023, this Court issued an order requiring that all "court decisions, orders, petition, and other documents, including *motions and papers filed by the parties*, be worded so as to protect the name and other identifying characteristics of the Plaintiff and Defendants from public revelation." (ECF # 14, 5:1-4). To the extent that the parties are unable to reword matters, the order requires that all "declarations, evidence, or other documentation or submissions to the Court that cannot be reworded in accordance with the above and that contain *any identifying information or characteristics about Plaintiff, Defendant…***be redacted and/or filed under seal**, and that no information is disclosed in any public filing or record, or any attachment to any public filing or record." (*Id.* at 5:6-11) (emphasis added).

On March 26, 2026, a document was filed publicly, ECF # 102-1, that was missing redactions. This was an inadvertent clerical error. On March 27, 2026, Plaintiff provided notice of that error to the Court and the parties. (Declaration of Samantha Aceves ("Aceves Decl."), ¶ 4.)  On March 27, 2026, Plaintiff filed a Notice of Errata with the corrected version of the document, which is the document filed as ECF # 103. (*Id.* at ¶ 5.)

As such, Plaintiff John Smith ("Plaintiff") submits this application to seal the documents filed as ECF # 102-1 pursuant to the Order Regarding Motion to Proceed Using Pseudonym and Protective Order (ECF # 14) and Local Rule 79-5.2.2.

I.    **GOOD CAUSE EXISTS TO GRANT PLAINTIFF'S APPLICATION TO SEAL**

Filing an *ex parte* application is justified when "(1) there is a threat of **immediate or irreparable injury**; (2) there is danger that notice to the other party may result in the destruction of evidence or the party's flight; or (3) the party seeks a routine procedural order that cannot be obtained through a regularly noticed motion (i.e., to file an overlong brief or shorten the time within which a motion may be brought)." *Horne v. Wells Fargo Bank, N.A.*, 969 F. Supp. 2d 1203, 1205 (C.D. Cal.

SINCLAIR
BRAUN
KARGHER LLP

2013) (citing *In re Intermagnetics Am., Inc.*, 101 B.R. 191, 192, 193 (C.D. Cal. 1989) (emphasis added).

Here, good cause exists to grant the requested relief on an *ex parte* basis, rather than a noticed motion pursuant to Local Rule 7-5, because the unredacted information can be retrieved by any member of the public to identify the parties involved in this matter at any moment, thereby frustrating the entire purpose of this Court's August 23, 2023 order. As such, there is true exigency in this request.

As the Court noted, given the nature of this action and the risk of harm to the parties, good cause exists to seal these documents to protect the parties of this action to proceed anonymously. (*See* ECF # 14, 4:9-11.) Thus, there is an immediate need for the filing ECF # 102-1 to be sealed. A redacted copy of that document that can be included in the public record is attached as Exhibit 2 to the Declaration of Samantha J. Aceves, filed in support of this Application. Plaintiff also filed a Notice of Errata with the corrected version of the document, which is the document filed as ECF # 103. (Aceves Decl., at ¶ 5.)

## II.   CONCLUSION

For the following reasons, the Court should grant Plaintiff's application to seal the filing ECF # 102-1.

Dated:  March 31, 2026                     SINCLAIR BRAUN KARGHER LLP


By: ___/s/-Lara M. Kruska_____
LARA M. KRUSKA
Attorneys for Plaintiff
JOHN SMITH

SINCLAIR
BRAUN
KARGHER LLP

EX PARTE APPLICATION TO SEAL ECF # 102-1 PURSUANT TO AUGUST 23, 2023 ORDER

## <u>L.R. 11-6.2 CERTIFICATE OF COMPLIANCE</u>

The undersigned, counsel of record for plaintiff John Smith, certifies that this brief contains 565 words, which complies with the word limit of L.R. 11-6.1.

Dated:  March 31, 2026                    SINCLAIR BRAUN KARGHER LLP


By:  */s/-Lara M. Kruska*_____
LARA M. KRUSKA
Attorneys for Plaintiff
JOHN SMITH



**EX PARTE APPLICATION TO SEAL ECF #102-1 PURSUANT TO AUGUST 23, 2023 COURT ORDER**

## <u>PROOF OF SERVICE</u>

*John Smith, v. Jane Doe, et al.*

Case No. 2:23-cv-05033-WLH-RAO

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 15260 Ventura Blvd., Suite 715, Sherman Oaks, California 91403. On March 31, 2026, I served the following document(s) described as **EX PARTE APPLICATION TO SEAL ECF # 102-1 PURSUANT TO AUGUST 31, 2023 COURT ORDER** on the interested parties in this action as follows:

**Jane Doe**                                                    **B.F.**

■     **BY E-MAIL**: I transmitted a copy of the foregoing document(s) via e-mail to the addressee(s).

☐     **BY FEDERAL EXPRESS COURIER:** I caused the above-referenced document(s) to be delivered as indicated on the SERVICE LIST.

☐     **BY PERSONAL SERVICE:** I personally ordered the delivery of such document by hand to the offices of the addressee(s) via First Legal Messenger Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 31, 2026 at Sherman Oaks, California.


    */s/-Samantha J. Aceves*
    Samantha J. Aceves

