UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

John Smith,

Plaintiff,

v.

Jane Doe, et al.,

Defendants.

```
┌─────────────────────────────────┐
│             FILED               │
│   CLERK, U.S. DISTRICT COURT    │
│   ┌───────────────────────┐     │
│   │     04/15/2026        │     │
│   └───────────────────────┘     │
│  CENTRAL DISTRICT OF CALIFORNIA │
│  BY____GSA____DEPUTY            │
│  DOCUMENT SUBMITTED THROUGH THE │
│ ELECTRONIC DOCUMENT SUBMISSION SYSTEM │
└─────────────────────────────────┘
```

Case No. 2:23-cv-05033-WLH-RAO

**APPLICATION TO SEAL OR REDACT DOCUMENT 115**

Defendant Jane Doe respectfully requests that Document No. 115 (Defendant Jane Doe's Response to Order to Show Cause) be sealed or redacted to remove Defendant's legal name.

Defendant is proceeding under a pseudonym pursuant to the Court's prior order. The inclusion of Defendant's legal name in the signature line of Document 115 was inadvertent.

Defendant respectfully requests that the Court seal the document or permit the filing of a redacted version consistent with the pseudonym order.

Dated: April 15, 2026

Respectfully submitted,

Jane Doe

Defendant, Pro Se