UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | John Smith v. Jane Doe et al | Date | 05/08/2026 |
|---|---|---|---|
| Title | 2:23-cv-05033-WLH-RAO | | |

| Present: The Honorable | ROZELLA A. OLIVER, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| C. Delgado | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**          **SETTLEMENT CONFERENCE ORDER**

This matter having been referred to U.S. Magistrate Judge Rozella A. Oliver for a settlement conference, IT IS ORDERED that a video settlement conference shall be held on **June 26, 2026, at 11:00 a.m.**  Counsel and persons with meaningful authority to negotiate and agree to a settlement of the case should be available by video for the conference. Participating counsel who has not yet made an appearance in this matter must file a Notice of Appearance prior to the conference. A Zoom meeting invitation will be emailed to the parties prior to the settlement conference date.

1. Confidential Settlement Conference Statements

Each party shall submit a confidential settlement conference statement ("Statement") by **email to RAO_Chambers@cacd.uscourts.gov by no later than June 16, 2026.  The statements shall <u>not</u> be e-filed in the court record, they will not be made part of the case file, and they will not be shared with other parties and/or counsel.**

The Statements shall contain the following information:

A. A brief statement of the facts of the case, including each party's claims and defenses. The Statement shall include citations to the applicable statutory or other grounds upon which claims or defenses are based.  The Statement should identify the major factual and legal issues in dispute, and cite any controlling authorities.

B. An itemized statement of the monetary damages claimed and of any other relief sought, including the evidentiary bases for the monetary damages and/or other relief sought.

C. A summary of the proceedings to date, including any case management dates/deadlines already set, as well as the estimated length of trial, and whether a court or jury trial is contemplated.  The Statement shall also set forth the date(s) any party filed or intends to file any dispositive motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | John Smith v. Jane Doe et al | Date | 05/08/2026 |
|---|---|---|---|
| Title | 2:23-cv-05033-WLH-RAO | | |

    D.  A history of past settlement discussions, offers, and demands.

    E.  A forthright evaluation of the party's likelihood of prevailing on each of his, her, or its claims and/or defenses.

    F.  The approximate amount of attorney's fees, time and costs expended to date, and an estimate of the fees, time and costs to be expended for (i) further discovery; (ii) pretrial; and (iii) trial.

    G.  The party's evaluation of the terms on which the case could be settled **reasonably and fairly**, taking into account the litigation position and settlement position of the other side.

    H.  Any other relevant circumstances that counsel believe will assist the Court in conducting the settlement conference.

2.  The Settlement Conference

All parties will be sent a link to the video conference via email. Please feel free to share the link with your clients. After the parties convene on the video conference, the settlement conference will proceed with the parties separated into "breakout rooms" for private discussions with the Judge. The conference will continue in this manner, as needed.

In discussions, you can confidentially discuss information which may assist in working toward a resolution, but which you prefer not to disclose in direct negotiations. You should anticipate that the Judge will play "devil's advocate" to help all parties gain the most balanced evaluation of the matter. The discussions also provide an opportunity to assess realistic options for resolution.

Discussions will generally continue until an option has been developed that all sides believe is acceptable. At that point, the Judge will summarize the settlement. You may then wish to place the settlement on the record or draft and execute a memorandum stating the material terms.

3.  Confidential Communications

All statements related to the settlement conference are confidential settlement discussions. All statements made or information disclosed are privileged and cannot be compelled under any circumstances. Further, the comments of the Judge during discussions are not to be used by counsel in settlement negotiations with opposing counsel or in any court proceedings. This is a necessary requirement in order to avoid possible misquotation of the Judge's comments. Violation of this policy may result in sanctions being imposed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | John Smith v. Jane Doe et al | Date | 05/08/2026 |
|---|---|---|---|
| Title | 2:23-cv-05033-WLH-RAO | | |

    4.   <u>Sanctions</u>

       The failure of any party or attorney to comply with the requirements of this Order may result in sanctions being imposed.  The sanctions may include, but are not limited to, the fees and costs expended by the other parties in preparing and attending the settlement conference.

cc:    Parties of Record

                                                     :

Initials of Preparer        cd