UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **2:23-cv-05033-WLH - RAO** | | Date | June 23, 2026 |
|---|---|---|---|---|
| Title | ***John Smith v. Jane Doe et al.*** | | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:    (IN CHAMBERS) ORDER RE CONTINUANCE OF TRIAL FILINGS DEADLINES**

On June 5, 2026, the Court held a Status Conference and continued the trial date to November 2, 2026.  (Order, Dkt. No. 133).  The Court also continued the Final Pretrial Conference to October 23, 2026.  (*Id*.).  Except for the motions in limine, the motion filing cut-off was extended until September 18, 2026.  (*Id.*).  The mediation deadline was also extended to August 21, 2026.  (*Id*.).  Because the Court continued several pretrial and trial deadlines, the Court amends the corresponding deadlines:

| Court Set Case Schedule | Current Deadline | New Deadline |
|---|---|---|
| Trial Filings – First Round | 7/10/2026 | 9/18/2026 |
| Trial Filings – Second Round | 7/24/2026 | 10/2/2026 |

**IT IS SO ORDERED**.